IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WOODLAND TOOLS INC.,

                Plaintiff,

v.                                                  ORDER

FISKARS FINLAND OY AB AND FISKARS             22-cv-540-jdp
BRANDS INC.,

                Defendants.

---

Drafts of the voir dire, special verdict form, and jury instructions are attached.

Entered October 3, 2024.

                                           BY THE COURT:

                                           /s/

                                           _____
                                           JAMES D. PETERSON
                                           District Judge