IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WOODLAND TOOLS INC.,

                    Plaintiff,                              SPECIAL VERDICT

        v.

FISKARS BRANDS INC.,                                22-cv-540-jdp

                    Defendant.

---

We, the jury, for our special verdict, do find as follows:

**Question No. 1**: Has Woodland Tools proved that Fiskars falsely advertised the design origin of the following products?

   a) **Fiskars 9117 Pruners**

   __YES__ (Yes or No)

   b) **Fiskars 9109 Pruners**

   __NO__ (Yes or No)

   c) **Fiskars 9688 Pruners**

   __YES__ (Yes or No)

**Question No. 2**: Has Woodland Tools proved that Fiskars falsely advertised the cutting power of the following products?

   a) **Fiskars 9286 Hedge Shears**

   __YES__ (Yes or No)

b) Fiskars 9480 Loppers (Titanium)

__YES__ (Yes or No)

c) Fiskars 9480 Loppers (Ultra Blade)

__YES__ (Yes or No)

d) Fiskars 9279 Hand Pruners

__YES__ (Yes or No)

e) Fiskars 7972 Loppers (Titanium)

__YES__ (Yes or No)

f) Fiskars 7972 Loppers (Black)

__YES__ (Yes or No)

g) Fiskars 9398 Tree Pruners

__YES__ (Yes or No)

h) Fiskars 9181 Hedge Shears

__YES__ (Yes or No)

i) Fiskars 9138 Bypass Loppers

__YES__ (Yes or No)

j) Fiskars 9154 Loppers

__YES__ (Yes or No)

k) Fiskars 9473 Tree Pruners

__YES__ (Yes or No)

l) **Fiskars 9110 Hand Pruners**

YES___ (Yes or No)

Answer Question 3 only if you answered "Yes" for any products in Question 1 or Question 2 above. For any product for which you answered "Yes," answer Question 3. Do not answer Question 3 for any product for which the answer was "No" in both Question 1 and Question 2.

**Question No. 3**: Was Fiskars' false advertising willful for any of the following products?

**1a) Fiskars 9117 Pruners**

NO___ (Yes or No)

**1b) Fiskars 9109 Pruners**

N/A___ (Yes or No)

**1c) Fiskars 9688 Pruners**

YES___ (Yes or No)

**2a) Fiskars 9286 Hedge Shears**

YES___ (Yes or No)

**2b) Fiskars 9480 Loppers (Titanium)**

YES___ (Yes or No)

**2c) Fiskars 9480 Loppers (Ultra Blade)**

YES___ (Yes or No)

2d) Fiskars 9279 Hand Pruners

_YES_ (Yes or No)

2e) Fiskars 7972 Loppers (Titanium)

_YES_ (Yes or No)

2f) Fiskars 7972 Loppers (Black)

_YES_ (Yes or No)

2g) Fiskars 9398 Tree Pruners

_YES_ (Yes or No)

2h) Fiskars 9181 Hedge Shears

_YES_ (Yes or No)

2i) Fiskars 9138 Bypass Loppers

_YES_ (Yes or No)

2j) Fiskars 9154 Loppers

_YES_ (Yes or No)

2k) Fiskars 9473 Tree Pruners

_YES_ (Yes or No)

2l) Fiskars 9110 Hand Pruners

_YES_ (Yes or No)

4

JAMIE SWENSON
Presiding Juror

Date: 10-23-24

Madison, Wisconsin