IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

WOODLAND TOOLS INC.,

                Plaintiff,

v.                                                                                ORDER

FISKARS FINLAND OY AB AND FISKARS                     22-cv-540-jdp
BRANDS INC.,

               Defendants.
_____

    Drafts of the permanent injunction and judgment for this case are attached. The parties may have until December 16, 2024, to file any proposed changes or objections.

    Entered December 9, 2024.

                                          BY THE COURT:

                                          /s/

                                          _____
                                          JAMES D. PETERSON
                                          District Judge