# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FISKARS FINLAND OY AB and<br>FISKARS BRANDS INC., <br><br>  Plaintiffs / Counterclaim-Defendant, <br><br>v. <br><br>WOODLAND TOOLS INC., <br><br>  Defendant / Counterclaim-Plaintiff. | Case No. 3:22-cv-540-jdp |

## NOTICE OF APPEAL

Fiskars Finland Oy Ab and Fiskars Brands Inc. (collectively, "Fiskars") appeal to the United States Court of Appeals for the Federal Circuit from the judgment of this Court dated December 27, 2024 (Doc. 486), and from the order of the Court dated November 7, 2025 (Doc. 547).

December 8, 2025

By: *s/ Jennifer L. Gregor*

Jennifer L. Gregor
Jenna Riddle
**GODFREY & KAHN, S.C.**
One East Main Street, Suite 500
Madison, WI  53703
Tel: (608) 257-3911
E-mail:   jgregor@gklaw.com
               jriddle@gklaw.com

Jeffrey S. Patterson
Morgan T. Nickerson
Christopher J. Valente

1

Keith J. McCarthy
**K&L GATES LLP**
1 Congress Street, Suite 2900
Boston, MA 02114
Tel: (617) 261-3100
E-mail: jeffrey.patterson@klgates.com
morgan.nickerson@klgates.com
christopher.valente@klgates.com
keith.mccarthy@klgates.com

Christina N. Goodrich
Connor J. Meggs
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5000
E-mail: christina.goodrich@klgates.com
connor.meggs@klgates.com

***Attorneys for Fiskars Finland Oy Ab and Fiskars Brands Inc.***