# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

(Include names of all parties to the appeal. Use separate sheet if needed.)

Tribunal Appealed from: _____    Docket No.: 22-cv-540

*Plaintiff(s)\**    *Defendant(s)\**

Fiskars Finland Oy Ab and Fiskars Brands Inc.    Woodland Tools, Inc., Lumino, Inc.,
(Plaintiffs/Counter Defendants)    Ross Gundlach, Vance Koch, Stephanie Cota,
    (Defendants/Counter Claimants)

Counsel:    Counsel:

Name: Jennifer Lynn Gregor    Name: Elijah B. Van Camp
Firm:  Godfrey & Kahn S.C.    Firm:  DeWitt LLP
Address: One East Main Street, Suite 500    Address: 25 West Main Street, Suite 800
         P.O. Box 2719             Madison, WI 53703
         Madison, WI 53703    Phone:  608-255-8891
Phone:   608-284-2629    E-mail: evc@dewittllp.com
E-mail:  jgregor@gklaw.com

Name: See attached for additional counsel.    Name: See attached for additional counsel.
Firm: _____    Firm: _____
Address: _____    Address: _____
Phone: _____    Phone: _____

Court Reporters: Jennifer Dobbratz and    Date of Judgment: 12/27/2024
                 Philip Harrelson    Date of Order: 11/7/2025
Address: 120 N. Henry Street, Room 520    Date of Notice of Appeal: 12/8/2025
         Madison, Wisconsin, 53703    Cross Appeal(s)?: Yes (sent yesterday)
    Related Appeal(s)? _____
    Appellant is: Plaintiff

Type of case: 830 Patent

FEES: Court of Appeals Docket Fee Paid: Yes
      Motion for Pauper Status: None
      U.S. Appeal: No

IMPORTANT: FORWARD COPY OF NOTICE OF APPEAL AND DOCKET ENTRIES OR CERTIFIED LIST WITH THIS FORM.

*\*Includes parties occupying positions of plaintiff (e.g., petitioner) and defendant (e.g. respondent).*

**ADDITIONAL COUNSEL FOR PLAINTIFF**:

Christopher Valente
K&L Gates LLP
One Congress Street, Suite 2900
Boston, MA 02114
617-261-3100
Email: christopher.valente@klgates.com

Jeffrey Stuart Patterson
K&L Gates
One Congress Street
Boston, MA 02114
617-261-3124
Email: jeffrey.patterson@klgates.com

Christina N. Goodrich
K&L Gates LLP
10100 Santa Monica Boulevard
Seventh Floor
Los Angeles, CA 90067
310-552-5000
Fax: 310-552-5001
Email: christina.goodrich@klgates.com

Connor James Meggs
K&L Gates, Los Angeles
10100 Santa Monica Blvd
8th Floor
Los Angeles, CA 90067
916-970-9059
Email: connor.meggs@klgates.com

Jenna Riddle
Godfrey & Kahn
One E. Main Street
Ste Unit 500
Madison, WI 53703
608-284-2632
Email: jriddle@gklaw.com

Morgan T. Nickerson
K&L Gates LLP
One Congress Street, Suite 2900
Boston, MA 02114
617-261-3100
Fax: 617-261-3175
Email: morgan.nickerson@klgates.com


**ADDITIONAL COUNSEL FOR DEFENDANT**:

Joseph Thomas Leone
DeWitt LLP
2 E. Mifflin Street, Ste. 600
Madison, WI 53703
608-395-6743
Fax: 608-252-9243
Email: jtl@dewittllp.com

Christopher Kai Hovden
DeWitt Ross & Stevens
2 E Mifflin St, Suite 600
Madison, WI 53703
608-255-8891
Fax: 608-252-9243
Email: ckh@dewittllp.com

Craig Fieschko
DeWitt LLP
2 E. Mifflin Street, Ste. 600
Madison, WI 53703
608-395-6722
Email: cf@dewittllp.com

Jordan Rohlfing
DeWitt LLP
25 W. Main Street
Suite 800
Madison, WI 53703
608-283-5509
Email: jxr@dewittllp.com

Laura Marie Davis
DeWitt LLP
25 W. Main Street
Suite 800
Madison, WI 53703
608-255-8891
Fax: 608-252-9243
Email: lmd@dewittllp.com

Stephen Alfred Di Tullio
DeWitt LLP
25 W. Main Street
Suite 800
Madison, WI 53703
608-252-9362
Fax: 608-252-9243
Email: sad@dewittllp.com